■ AARON DACHOWITZ et al., Appellants, v. BETTY SAYLES et al., Respondents. (And Two Other Actions.) — In three consolidated negligence actions, plaintiffs in the first action, in which damages are sought for injury to person and property, appeal, as limited by their brief, from so much of an order of the Supreme Court, Kings County, entered February 26, 1965, as, upon reconsideration, adhered to the court's prior decisions denying them a general preference in trial. Order affirmed insofar as appealed from, with $20 costs and disbursements. No opinion. On the court's own motion, plaintiffs' appeal from an order of the Supreme Court, Kings County, entered February 20, 1963 granting the second application for reconsideration and adhering to the original decision denying a general trial preference is dismissed as academic, with $10 costs. Christ, Acting P. J., Rabin, Hopkins and Benjamin, JJ., concur.

■ BEATRICE GOLDSTEIN et al., Appellants, v. IMPERIAL COACH Co. et al., Respondents.— In a negligence action to recover damages for personal injury, medical expenses, etc., plaintiffs appeal, as limited by their brief, from so much of an order of the Supreme Court, Queens County, entered December 7, 1965, as, on reconsideration, adhered to the court's original decision denying a general preference in trial. Order reversed insofar as appealed from, without costs; motion granted; and general preference in trial directed to be accorded to this action. In our opinion, the jurisdictional monetary limitation of the Civil Court of the City of New York may preclude adequate recovery by plaintiffs in that court. It was, therefore, an improvident exercise of discretion to deny the application for a preference. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.